**Opinion issued December 13, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00263-CR

## NO. 01-18-00371-CR

———————————

## EX PARTE LUIS GILBERT ABREGO, Appellant

On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Case Nos. 1582429 & 1578737

## MEMORANDUM OPINION

Appellant Luis Gilbert Abrego appealed the trial court's denial of his pretrial applications for writ of habeas corpus in these two causes. We dismiss the appeals as moot.

Once an appellant has been convicted and sentenced, any issues concerning pretrial bail are moot. *See Danziger v. State*, 786 S.W.2d 723, 724 (Tex. Crim. App.

1990); *Oldham v. State*, 5 S.W.3d 840, 846 (Tex. App.—Houston [14th Dist.] 1999, pet. ref'd). Because appellant has now been convicted of sexual assault of a child and sentenced to 25 years in the Institutional Division of the Texas Department of Criminal Justice, his appeals challenging pretrial bail are now moot.

Accordingly, we dismiss these appeals. *See* TEX. R. APP. P. 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.
Do not publish.  TEX. R. APP. P. 47.2(b).